U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 1 3 2015

CHRIS R. JOHNSON, CLERK
BY

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,           )
                          Plaintiff )
                                    )     No. _____ 14 - 5349
v.                                  )
                                    )
JEFFERY DANIEL STILES,              )
                          Defendant )

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1.      This Court has jurisdiction over the subject matter of this litigation and over all parties thereto.  The Complaint filed herein states a claim upon which relief can be granted.

2.      The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3.      The defendant hereby agrees to the entry of Judgment in the sum of $35,766.30 and post judgment interest at the legal rate from the date of execution of this Consent Judgment until paid in full.  Defendant agrees to make monthly payments in an amount approved by the U. S. Attorney's Office, until the debt is paid in full.

4.      This Consent Judgment shall be recorded among the records of the Circuit Court in the county of residence of the defendant, and all other jurisdictions where it is determined by the United States that the defendant owns real or personal property.

1

5.     The defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number.  Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 414 Parker Avenue, Fort Smith, Arkansas 72901.

6.     The defendant shall provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to, his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.

7.     The United States will submit this debt to the Department of the Treasury for inclusion in the Treasury Offset Program.  Under this program, any federal payment Jeffery Daniel Stiles would normally receive may be offset and applied to this debt.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff recover and have judgment against the defendant, Jeffery Daniel Stiles, in the amount of $35,766.30, with post judgment interest at the legal rate of _.24%_ percent pursuant to 28 U.S.C. Section 1961(a) from date of judgment until judgment is paid in full, and $350.00 filing fees pursuant to 28 U.S.C. §§ 1920 and 2412; and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

_1- 13- 15_
Date

P.K. Holmes III
U. S. DISTRICT COURT JUDGE

2

Approved:

Deborah J. Groom
Civil Chief/Assistant U. S. Attorney
Arkansas Bar No. 80054
414 Parker Avenue
Fort Smith, AR 72901
Phone: (479) 783-5125
Fax: (479) 441-0569
Email: debbie.groom@usdoj.gov

Jeffery Daniel Stiles
104 Oak Street
Dardanelle, AR 72384